**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

BRENDAN A. HURSON
ASSISTANT FEDERAL PUBLIC DEFENDER

November 30, 2012

**FILED VIA ECF**
The Honorable Catherine C. Blake
Judge, United States District Court
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

> Re:    United States v. Tayvon Dobson, Criminal No.  CCB-12-453

Dear Judge Blake:

We write with the consent of Assistant United States Attorney Debbie Dwyer with an update on the status of the above case.  Mr. Dobson is charged in a three (3) count indictment alleging the unlawful possession of a firearm, the attempted murder of two officers of the United States, and the use of a firearm in relation to a crime of violence.  Specifically, Mr. Dobson is alleged to have exchanged gunfire with task force officers executing an arrest warrant.  All alleged events occurred in Cambridge, Maryland and numerous witnesses were present at the scene of the incident. Discovery is voluminous and includes numerous interviews and reports concerning the incident.

Given the nature of the charges and the mandatory penalty associated with the § 924 (c) count, the stakes are unquestionably high for Mr. Dobson.  Undersigned counsel have engaged in a diligent investigation of the alleged incident and have traveled to the Eastern Shore several times to visit Mr. Dobson (who is detained in Dorchester County).  We have yet to complete our investigation and are awaiting the receipt of additional evidence and records relevant to Mr. Dobson's defense at trial and plea negotiations with the government.

As such, the parties request permission to update the Court within forty-five (45) days, by Monday January 14, 2013, as to the status of the matter.  Since Mr. Dobson has filed Motions in this matter, both parties submit that there is no need for an additional Speedy Trial Order.  As always, thank you for your time and consideration.

Very truly yours,

/s/

Brendan A. Hurson, #28179
Premal Dharia, Bar #98380
Assistant Federal Public Defenders

cc:    Debbie Dwyer,  Assistant U.S. Attorney (via ECF)